FILED
CLERK, U.S. DISTRICT COURT

9/23/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CYNTHIA RAYGOZA,<br>　aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>　aka "ice_out_ofla,"<br>　aka "corn_maiden_design," and<br>SANDRA CARMONA SAMANE,<br>　aka "Sandra Karmona,"<br>　aka "Sandra Carolina Carmona Samame,"<br>　aka "Sandra Carmona Samame,"<br><br>　　　　Defendants. | CR   2:25-cr-00780-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy to Publicly Disclose the Personal Information of a Federal Agent; 18 U.S.C. § 119(a): Publicly Disclosing the Personal Information of a Federal Agent] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

[ALL DEFENDANTS]

A.   OBJECTS OF THE CONSPIRACY

　　1.　Beginning on a date unknown to the Grand Jury, and continuing until on or about August 28, 2025, in Los Angeles County, within the Central District of California, defendants CYNTHIA RAYGOZA

also known as ("aka") "Cynthia Curiel Curiel" ("RAYGOZA"), ASHLEIGH BROWN, aka "ice_out_ofla," aka "corn_maiden_design" ("BROWN"), and SANDRA CARMONA SAMANE aka "Sandra Karmona," aka "Sandra Carolina Carmona Samame," aka "Sandra Carmona Samame" ("SAMANE") (together, "defendants") did knowingly and intentionally conspire with others known and unknown to the Grand Jury to commit the offense of Publicly Disclosing the Personal Information of a Federal Agent, in violation of Title 18, United States Code, Section 119(a).

B.  MANNER AND MEANS OF THE CONSPIRACY

    2.  The objects of the conspiracy were carried out, and were to be carried out, in substance, as follows:

    a.  Defendants would follow a federal agent from the Federal Building located at 300 North Los Angeles Street in Los Angeles, California ("Federal Building") to his or her personal residence;

    b.  Defendants would publicly disclose the personal address of the federal agent they followed on social media, including but not limited to the following Instagram accounts associated with defendant BROWN:

        i.  "ice_out_ofla,"

        ii.  "defendmesoamericanculture," and

        iii.  "corn_maiden_design" (collectively, the "Instagram Accounts");

    c.  Defendants would encourage viewers of their posts on the above-referenced accounts, and others known and unknown to the Grand Jury, to follow the federal agent to his or her personal residence, in order to threaten, intimidate, and incite the commission of a crime of violence against that federal agent.

C.  OVERT ACTS

3.  On or about August 28, 2025, in furtherance of the conspiracy and to accomplish its objects, defendants, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   Defendants entered defendant BROWN's car and followed R.H., an employee of the United States Immigration and Customs Enforcement, from his place of employment at the Federal Building to his personal residence;

Overt Act No. 2:   Defendants live-streamed, that is, posted a live video, on the Instagram Accounts of them following R.H. from the Federal Building to his personal residence;

Overt Act No. 3:   Defendants provided directions as they were following R.H. to his personal residence, and encouraged and incited viewers of the live-stream to "share the live," "get it out," and "share ICE is in Baldwin Park";

Overt Act No. 4:   Once they arrived at R.H.'s personal residence, defendants shouted to bystanders, while live-streaming on the Instagram Accounts, that their "neighbor is ICE," "la migra lives here," and "ICE lives on your street and you should know."

Overt Act No. 5:   Defendants publicly disclosed on the Instagram Accounts R.H.'s personal address and told viewers, "come on down."

COUNT TWO

[18 U.S.C. § 119(a); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about the August 28, 2025, in Los Angeles County, within the Central District of California, defendants CYNTHIA RAYGOZA also known as ("aka") "Cynthia Curiel Curiel" ("RAYGOZA"), ASHLEIGH BROWN, aka "ice_out_ofla," aka "corn_maiden_design" ("BROWN"), and SANDRA CARMONA SAMANE aka "Sandra Karmona," aka "Sandra Carolina Carmona Samame," aka "Sandra Carmona Samame," each aiding and abetting the other and others known and unknown to the Grand Jury, knowingly made publicly available the following restricted personal information about a covered person, namely, the home address of R.H., an employee of the United States Immigration and Customs Enforcement, with the intent to threaten, intimidate, and incite the commission of a crime of violence against that covered person, and with the intent and knowledge that the restricted personal information would be used to

//

//

4

threaten, intimidate, and facilitate the commission of a crime of violence against that covered person.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

NEIL THAKOR
Assistant United States Attorney
General Crimes Section

THI HOANG HO
Assistant United States Attorney
General Crimes Section