1   BILAL A. ESSAYLI
    Acting United States Attorney
2   JOSEPH T. MCNALLY
    Assistant United States Attorney
3   Acting Chief, Criminal Division
    NEIL P. THAKOR (Cal. Bar No. 308743)
4   Assistant United States Attorney
    General Crimes Section
5        1200 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-6595
7        E-mail:   neil.thakor@usdoj.gov

8   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
9

| FILED |
| CLERK, U.S. DISTRICT COURT |
| 9/23/25 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___MRV___ DEPUTY |

                    UNITED STATES DISTRICT COURT
10
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

UNITED STATES OF AMERICA,          CR   2:25-cr-00780-SVW          1
12
                Plaintiff,          GOVERNMENT'S NOTICE OF REQUEST FOR
13                                  DETENTION

14                    v.

CYNTHIA RAYGOZA,
15  aka "Cynthia Curiel Curiel,"

16

                Defendant.
17

18
        Plaintiff, United States of America, by and through its counsel
19
    of record, hereby requests detention of defendant and gives notice of
20
    the following material factors:
21
    ☐   1.   Temporary 10-day Detention Requested (§ 3142(d)) on the
22
              following grounds:
23
        ☐   a.   present offense committed while defendant was on release
24
                 pending (felony trial),
25
        ☐   b.   defendant is an alien not lawfully admitted for
26
                 permanent residence; and
27

28

1    ☐  c.    defendant may flee; or

2    ☐  d.    pose a danger to another or the community.

3    ☒  2.    Pretrial Detention Requested (§ 3142(e)) because no

4          condition or combination of conditions will reasonably

5          assure:

6    ☒  a.    the appearance of the defendant as required;

7    ☐  b.    safety of any other person and the community.

8    ☐  3.    Detention Requested Pending Supervised Release/Probation

9          Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10          § 3143(a)):

11    ☐  a.    defendant cannot establish by clear and convincing

12          evidence that he/she will not pose a danger to any

13          other person or to the community;

14    ☐  b.    defendant cannot establish by clear and convincing

15          evidence that he/she will not flee.

16    ☐  4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

17          § 3142(e)):

18    ☐  a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19          (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20          greater maximum penalty (presumption of danger to

21          community and flight risk);

22    ☐  b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23          2332b(g)(5)(B) with 10-year or greater maximum penalty

24          (presumption of danger to community and flight risk);

25    ☐  c.    offense involving a minor victim under 18 U.S.C.

26          §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27          2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1   2260, 2421, 2422, 2423 or 2425 (presumption of danger

2   to community and flight risk);

3   ☐   d.   defendant currently charged with an offense described

4   in paragraph 5a - 5e below, AND defendant was

5   previously convicted of an offense described in

6   paragraph 5a - 5e below (whether Federal or

7   State/local), AND that previous offense was committed

8   while defendant was on release pending trial, AND the

9   current offense was committed within five years of

10   conviction or release from prison on the above-

11   described previous conviction (presumption of danger to

12   community).

13   ☒   5.   Government Is Entitled to Detention Hearing Under § 3142(f)

14   If the Case Involves:

15   ☐   a.   a crime of violence (as defined in 18 U.S.C.

16   § 3156(a)(4)), a violation of 18 U.S.C. § 1591, or

17   Federal crime of terrorism (as defined in 18 U.S.C.

18   § 2332b(g)(5)(B)) for which maximum sentence is 10

19   years' imprisonment or more;

20   ☐   b.   an offense for which maximum sentence is life

21   imprisonment or death;

22   ☐   c.   Title 21 or MDLEA offense for which maximum sentence is

23   10 years' imprisonment or more;

24   ☐   d.   any felony if defendant has two or more convictions for

25   a crime set forth in a-c above or for an offense under

26   state or local law that would qualify under a, b, or c

27

28

if federal jurisdiction were present, or a combination

or such offenses;

☐ e.   any felony not otherwise a crime of violence that

involves a minor victim or the possession or use of a

firearm or destructive device (as defined in 18 U.S.C.

§ 921), or any other dangerous weapon, or involves a

failure to register under 18 U.S.C. § 2250;

☒ f.   serious risk defendant will flee;

☒ g.   serious risk defendant will (obstruct or attempt to

obstruct justice) or (threaten, injure, or intimidate

prospective witness or juror, or attempt to do so).

☐ 6.   Government requests continuance of _____ days for detention

hearing under § 3142(f) and based upon the following

reason(s):

_____

_____

_____

//   _____

//

//

//

//

//

//

//

//

//

//

1    ☐    7.    Good cause for continuance in excess of three days exists in

2         that:

3

4         _____

5         _____

6         _____

7         _____

8    Dated: September 23, 2025         Respectfully submitted,

9                                      BILAL A. ESSAYLI
                                       Acting United States Attorney
10
                                       JOSEPH T. MCNALLY
11                                     Assistant United States Attorney
                                       Acting Chief, Criminal Division
12

13

14                                     *Nthakor*

15                                     _____
                                       NEIL P. THAKOR
16                                     Assistant United States Attorney

17                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
18

19

20

21

22

23

24

25

26

27

28