1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  ALEXANDER B. SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   LAUREN E. BORDER (Cal. Bar No. 327770)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8231
7       Facsimile: (213) 894-0141
        E-mail:    lauren.border@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:25-cr-00780-SVW

13              Plaintiff,             STIPULATION REGARDING REQUEST FOR
                                       (1) CONTINUANCE OF TRIAL DATE AND
14              v.                     (2) FINDINGS OF EXCLUDABLE TIME
                                       PERIODS PURSUANT TO SPEEDY TRIAL
15  CYNTHIA RAYGOZA, *et al.*,         ACT

16              Defendants.            **CURRENT TRIAL DATE:** 11/18/2025 and
                                       12/23/2025 at 9:00 AM
17                                     **PROPOSED TRIAL DATE:** 2/25/2026 at
                                       9:00 AM
18

19

20

21       Plaintiff United States of America, by and through its counsel

22  of record, the First Assistant United States Attorney for the Central

23  District of California and Assistant United States Attorney Lauren E.

24  Border, and defendants CYNTHIA RAYGOZA ("Raygoza") and SANDRA SAMAME

25  ("Samame"), both individually and by and through their counsel of

26  record, Gregory Nicolaysen and Robert M. Bernstein, respectively,

27  hereby stipulate as follows:

28

1.    The Indictment in this case was filed on September 23, 2025.  Defendant Raygoza first appeared before a judicial officer of the court in which the charges in this case were pending on October 30, 2025.  Defendant Samame first appeared before a judicial officer of the court in which the charges in this case were pending on September 12, 2025.  Defendant ASHLEIGH BROWN ("Brown") first appeared before a judicial officer of the court in which the charges in this case were pending on September 10, 2025.

2.    The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before January 8, 2026 for defendant Raygoza, on or before November 21, 2025 for defendant Samame, and on or before November 19, 2025 for defendant Brown.

3.    The Court has set a trial date of November 18, 2025 for defendants Samame and Brown and a trial date of December 23, 2025 for defendant Raygoza.

4.    All defendants are released on bond pending trial.  The parties estimate that the trial in this matter will last approximately 2-3 days.  A severance has not been granted in this case.

5.    By this stipulation, defendants Raygoza and Samame move to continue the trial date to February 25, 2026 and set a pretrial conference on February 10, 2026 at 11:00 AM.  This is the first request for a continuance.

6.    By this stipulation, the parties also request the following briefing schedule:

a.    Motions in limine and notices required by Rule 12, 12.1 and 12.2 shall be filed by January 27, 2026.  Oppositions to motions in limine shall be filed by February 3, 2026.  There shall be

no replies.  The motions in limine will be heard at the pretrial

conference.

　　　　b.　All pretrial motions other than motions in limine

shall be filed twenty-eight days prior to the hearing.  Oppositions

or notices of non-opposition shall be filed fourteen days prior to

the hearing, and replies, if any, shall be filed seven days prior to

the hearing.  All pretrial motions other than motions in limine shall

be heard by January 27, 2026.

　　　7.　Defendants Raygoza and Samame request the continuance based

upon the following facts, which the parties believe demonstrate good

cause to support the appropriate findings under the Speedy Trial Act:

　　　　a.　Defendants are charged with violations of 18 U.S.C.

§ 371: Conspiracy to publicly disclose the personal information of a

federal agent, and 18 U.S.C. § 119(a): Publicly disclosing the

personal information of a federal agent.  The government has produced

discovery, including law enforcement reports and videos.  The

government is continuing to produce discovery on a rolling basis.

　　　　b.　Due to the number of defendants, this case is so

unusual and so complex that it is unreasonable to expect adequate

preparation for pretrial proceedings or for the trial itself within

the Speedy Trial Act time limits.

　　　　c.　Defense counsel are scheduled to be in the trials

attached hereto as Appendix A.

　　　　d.　Accordingly, counsel for defendants Raygoza and Samame

represent that they will not have the time that they believe is

necessary to prepare to try this case on the current trial date.

　　　　e.　In light of the foregoing, counsel for defendants

Raygoza and Samame also represent that additional time is necessary

3

to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel for defendants Raygoza and Samame represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f.    Defendants Raygoza and Samame believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

g.    The government does not object to the continuance.

h.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

8.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period from the date of this filing to February 25, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants Raygoza and Samame's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be

4

likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the number of defendants that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendants Raygoza and Samame continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9.    Defendant Brown is amenable to continuing trial to January 6, 2026 and objects to a further continuance. Nonetheless, the stipulating parties agree that, pursuant to 18 U.S.C. § 3161(h)(6), the time period of the date of this filing to February 25, 2026 constitutes a reasonable period of delay for defendant Brown, who is joined for trial with defendant Samame as to whom the time for trial has not run and no motion for severance has been granted.

/ /

/ /

/ /

10.   Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2025          Respectfully submitted,

                                  BILAL A. ESSAYLI
                                  First Assistant United States
                                  Attorney

                                  ALEXANDER B. SCHWAB
                                  Assistant United States Attorney
                                  Acting Chief, Criminal Division


                                  _____/s/_____
                                  LAUREN E. BORDER
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

I am CYNTHIA RAYGOZA's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of her Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 25, 2026 is an informed and voluntary one.

*Gregory Nicolaysen*                                      11-07-2025

GREGORY NICOLAYSEN                        Date
Attorney for Defendant
CYNTHIA RAYGOZA


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 25, 2026.  I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 25, 2026 at 9:00 AM.

                                                          11-7-2025

CYNTHIA RAYGOZA                           Date
Defendant

1       I am SANDRA SAMAME's attorney.  I have carefully discussed every

2   part of this stipulation and the continuance of the trial date with

3   my client. I have fully informed my client of her Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than February 25, 2026 is an

7   informed and voluntary one.

8

9   ROBERT M. BERNSTEIN                         Date 11/5/25

    Attorney for Defendant

10  SANDRA SAMAME

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than February 25, 2026.  I understand

16  that I will be ordered to appear in Courtroom 10A of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on February

18  25, 2026 at 9:00 AM.

19

20  SANDRA SAMAME                              Date 11/5/25

    Defendant

21

22

23

24

25

26

27

28

**APPENDIX A**

Trial conflicts for Robert Bernstein, counsel to defendant Samame:

- USA v. Castro, Case # MEMF, RICO / drug conspiracy, trial length 3 weeks, trial date 12/8/25

- USA v. Garcia, Case # CR 24-262-ODW, fentanyl resulting in death, trial length 1 week, trial date 1/13/26

- USA v. Alban, Case #  25-cr-00198-KK-5, Robbery conspiracy,  trial length 2 weeks, trial date 2/23/26

GREGORY NICOLAYSEN: Trial Conflicts for speedy trial stipulations
        UPDATED AS OF: 11-10-2025


(1)  CASE: USA v. Leonel Laredo, et al., 18-cr-00892 AB
CLIENT: Frank Gomez
(2) AGE OF THE ACTION: Indictment filed 12-20-18
(3) CHARGES AND COMPLEXITY: 26 defendant case; 15 defendants remain; all defendants
not arrested at the same time; some made first appearances as late as 2020
(4)  NATURE OF CASE - RICO - gang
(5)  TRIAL DATE: 6-9-26 (settlement likely)
(6) ESTIMATED LENGTH OF TRIAL:
(7) NUMBER OF PRIOR CONTINUANCES: Eight
(8) PATRIAL TRIAL READINESS:
(9) LIKELIHOOD OF A FUTURE CONTINUANCE: High
(10) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE: lOW


-----------------------------------------

(1)  CASE: USA v. Martinez, et al, CR 8:22-cr-00034-CJC
CLIENT: Robert Martinez
(2) AGE OF ACTION: Indictment filed: 3-20-22; Superseding: 4-20-22
(3) CHARGES AND COMPLEXITY: 31 defendant case; 14 defendants remaining; client
number one defendant; notice of complex case filed.
NATURE OF CASE: RICO - gang
(4)  TRIAL DATE: 2/3/26
(5) ESTIMATED LENGTH OF TRIAL
(6) NUMBER OF PRIOR CONTINUANCES: Defendants have been separated into groups.
Defendant Martinez has received four continuances; other groups have different sets of
continuances.  One defendant is pro se.
(7) PARTIES TRIAL READINESS:
(8) LIKELIHOOD OF FURTURE CONTINUANCE: Government is still producing discovery
with John Ellis office.
(9) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE: Unclear

------------------------------------
(1)  CASE: USA v. Cynthia Raygoza, 2:25-cr-00780-SVW
CLIENT: Cynthia Raygoza -1
(2) AGE OF ACTION: Indictment filed: 9-5-25
(3) CHARGES AND COMPLEXITY: Three defendants.  Client number one defendant; lives out
of state.
NATURE OF CASE: Conspiracy to Puclicly Disclose the Personal Information of a Federal
Agent Default the United States; 18 U.S.C. 371; 18:119(a)
(4)  TRIAL DATE: 12-23-25
(5) ESTIMATED LENGTH OF TRIAL:
(6) NUMBER OF PRIOR CONTINUANCES: None
(7) PARTIES TRIAL READINESS: No discovery has been provided.
(8) LIKELIHOOD OF FURTURE CONTINUANCE: Likely
(9) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE:   No


------------------------------------

(1)  CASE: USA v. Hurtado, et al., CR 2:23-cr-00545 AB
CLIENT:  Amilcar Gonzalez - #1
(2) AGE OF CASE: Indictment filed 11-8-23
(3) CHARGES AND COMPLEXITY OF CASE: 23 defendant case; complex case filed.
(4)  NATURE OF CASE: 21:846: Conspiracy to Possess with Intent to Distribute
Methamphetamine' RICO - gang; 1959 VICAR
(5)  TRIAL DATE: 5/19/26 (settlement likely)
(6) ESTIMATED LENGTH OF TRIAL:
(6) NUMBER OF PRIOR CONTINUANCES: Four
(7) PARTIES TRIAL READINESS:
(8) LIKELIHOOD OF A FUTURE CONTINUANCE: Low
(9) LIKELIHOOD THE TRIAL WILL PROCEED ON THS SCHEDULED DATE: Unclear


------------------------------------

(1)  CASE: USA v. Celerino Jaramillo, et al., CR-2:23-cr-00411
CLIENT: Celerino Jaramillo - 1
(2) AGE OF CASE: First Superseding Indictment filed 7-31-24
(3) CHARGES AND COMPLEXITY: 19 defendant case; client is number one; client in 16
counts of indictment; 154 overt acts.  Notice of Complex case filed;
NATURE OF CASE: RICO - gang
(4)  TRIAL DATE: 3/10/26
(5) ESTIMATED LENGTH OF TRIAL:
(6) NUMBER OF PRIOR CONTINUANCES: Three
(7) PARTIES TRIAL READINESS:
(8) LIKELIHOOD OF A FUTURE CONTINUANCE: Government still producing discovery
that is voluminous and requires outside assistance

(9) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE: Unclear

-----------------------------------

(1)  CASE: USA v. Virginia Reyes

Client: Virginia Reyes

(2) AGE OF CASE: Indictment filed:

(3) CHARGES AND COMPLEXITY:

NATURE OF CASE:

(4)  TRIAL DATE:   Not set

(5) ESTIMATED LENGTH OF TRIAL:

(6) NUMBER OF PRIOR CONTINUANCES: None

(7) PARTIES TRIAL READINESS:

(8) LIKELIHOOD OF A FUTURE CONTINUANCE: Likely

(9) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE:


-----------------------------------------

(1)  CASE: USA v. Henry Loconti, et al., 2:24-cr-00219 MCS

CLIENT: Timothy Munoz

(2) AGE OF CASE: Indictment filed: 4-2-24

(3) CHARGES AND COMPLEXITY: Notice of complex case filed; Related case filed; multiple defendants still to be arrested

NATURE OF CASE: RICO, Wire Fraud

(4)  TRIAL DATE: 10-20-26

(5) ESTIMATED LENGTH OF TRIAL:

(6) NUMBER OF PRIOR CONTINUANCES: None

(7) PARTIES TRIAL READINESS:

(8) LIKELIHOOD OF A FUTURE CONTINUANCE:

(9) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE: Unclear


_____

(1)  CASE:  USA v.. Victor Daniel Meza Ortiz; CR 2:23-cr-00653-DSF -8

CLIENT: Carlos Espinoza

(2) AGE OF INDICTMENT: Indictment filed 12-21-23

(3) CHARGES AND COMPLEXITY: Notice of complex case filed.  Related Case filed; multiple defendants

NATURE OF CASE: 21:963: Conspiracy to Import / Distribute Controlled Substances

(4)  TRIAL DATE:  4-28-26

(5) ESTIMATED LENGTH OF TRIAL:

(6) NUMBER OF PRIOR CONTINUANCES: 2

(7) PARTIES' TRIAL READINESS:

(8) LIKELIHOOD OF FUTURE CONTINUANCE:

(9) LIKELIHOOD TRIAL WILL PROCEED ON SCHEDULED DATE:

---

(1)  CASE: USA v. Edgar Castaneda; CR 2:24-cr-00383 SPG
CLIENT:   Edgar Castaneda
(2) AGE OF ACTION: Indictment filed: 6-21-24
(3) CHARGES AND COMPLEXITY:
NATURE OF CASE: 21 U.S.C. 841(a)(1) - Distribution of Methamphetamine; 18 U.S.C. 2(a) - Aiding and Abetting
(4)  TRIAL DATE: 1-13-26
(5) ESTIMATED LENGTH OF TRIAL:
(6) NUMBER OF PRIOR CONTINUANCES: 2
(7) PARTIES' TRIAL READINESS:
(8) LIKELIHOOD OF FUTURE CONTINUANCE:
(9) LIKELIHOOD TRIAL WILL PROCEED ON SCHEDULED DATE:

---

(1)  CASE: USA v. Amaya Armstead; 2:25-cr-00651-JFW
CLIENT: Naziz Harris
(2) AGE OF ACTION: Indictment filed: 8-7-25
(3) CHARGES AND COMPLEXITY: Notice of complex case filed.
NATURE OF CASE: 18 U.S.C. 1962 (d); RICO; 18 U.S.C. 1581; Sex Trafficking of Children or by Force, Fraud or Coercion; 18 U.S.C. 2423(a): Transportation of a minor for Sex Trafficking; 18 U.S.C. 2251: Sexual Exploitation of a Child; 21 U.S.C. 846: Drug Trafficking Conspiracy; 18 U.S.C. 1956: Money Laundering
(4)  TRIAL DATE: 10-20-26
(5) ESTIMATED LENGTH OF TRIAL:
(6) NUMBER OF PRIOR CONTINUANCES: 1
(7) PARTIES' TRIAL READINESS:
(8) LIKELIHOOD OF FUTURE CONTINUANCE:
(9) LIKELIHOOD TRIAL WILL PROCEED ON SCHEDULED DATE:

---

(1)  CASE: USA v. Sheila Diane Cole; 2:25-cr-00354-SVW
CLIENT: Taylor David James (2)
(2) AGE OF ACTION: Indictment filed 5-7-25
(3) CHARGES AND COMPLEXITY:
NATURE OF CASE: 21 U.S.C. 846: Conspiracy to Distribute Fentanyl and Methamphetamine; 21 U.S.C. 841(a)(1) Distribution of Methamphetamine; 21 U.S.C. 841(a)(1): Distribution of Fentanyl
(4)  TRIAL DATE: 12-2-25
(5) ESTIMATED LENGTH OF TRIAL:
(6) NUMBER OF PRIOR CONTINUANCES: 1

(7) PARTIES' TRIAL READINESS:
(8) LIKELIHOOD OF FUTURE CONTINUANCE:
(9) LIKELIHOOD TRIAL WILL PROCEED ON SCHEDULED DATE:

_____
(1)  CASE: USA v. Richardson, 2:25-cr-00359 MCS-3
(2)  CLIENT: Jerry Wimbley III
(3)  AGE OF CASE: Indictment filed 5-8-25
(4)  CHARGES AND COMPLEXITY: Notice of Complex Case filed; Related Case filed;
multiple defendants.
(5)  NATURE OF CASE:  18 U.S.C. 1962 (d); RICO (murder - death eligible)
(6)  TRIAL DATE: 1/20/26
(7)  ESTIMATED LENGTH OF TRIAL: One month
(8)  PARTIES TRIAL READINESS: Not ready - no protective order and no discovery
(9)  LIKELIHOOD OF A FUTURE CONTINUANCE: Likely
(10) LIKELIHOOD THE TRIAL WILL PROCEED ON THE SCHEDULED DATE: Unlikely


*[end of list]*