**GREGORY NICOLAYSEN (CA 98544)**
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Phone: (818) 970-7247
Fax: (661) 252-6023
Email: gregnicolaysen@aol.com

**Attorney For Defendant,
Cynthia Raygoza**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                        Plaintiff,        )<br>                                                              )<br>              v.                                      )<br>                                                              )<br>CYNTHIA RAYGOZA, et al.,     )<br>                                                              )<br>                        Defendants   )<br>                                                              )<br>_____) | 2:25-CR-780-SVW<br><br>**NOTICE OF JOINDER IN MOTIONS FILED BY C0-DEFENDANTS SANDRA CARMONA SAMANE AND ASHLEIGH BROWN**<br><br>Hearing Date: January 26, 2026<br>Time: 11:00 a.m. |

   Defendant Cynthia Raygoza, through her CJA counsel of record, Gregory Nicolaysen, hereby joins in the following motions:

   1.  Motion to Dismiss Indictment, filed by co-defendant Sandra Carmona

      Samane on December 20, 2025 (Pacer #92);

2. **Motion to Dismiss Indictment, filed by co-defendant Ashleigh Brown on December 30, 2025 (Pacer #93).**

3. **Motion to Compel Government to Produce Grand Jury Materials, filed by co-defendant Ashleigh Brown on January 16, 2026 (Pacer #104).**

DATED:   January 18, 2026          Respectfully Submitted,


_____/S_____
**GREGORY NICOLAYSEN**
**Attorney for Defendant,**
**Cynthia Raygoza**

2