# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00780-SVW |
| Present: The Honorable | STEPHEN V. WILSON |
| Interpreter | n/a |

| Daniel Tamayo | c/s 2-27-2026 | Lauren E. Border & Clifford Mpare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Cynthia Raygoza | X | ☐ | X | 1) Gregory Nicolaysen CJA | X | X | ☐ |
| 2) Ashleigh Brown | X | ☐ | X | 2) Erica Choi DFPD | X | X | ☐ |
|  |  |  |  | 2) Shannon M. Coit DFPD | X | X | ☐ |
| 3) Sandra Carmona Samane | X | X | ☐ | 3) Robert M. Bernstein CJA | X | X | ☐ |

_____ Day COURT TRIAL       4th Day JURY TRIAL       _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   _____ Held & continued;   X Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified       _____ Exhibits admitted

_____ Government rests.       _____ Defendant(s) _____ rest.

X Motion for mistrial by  1 & 3  is _____ granted   X denied   _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused   _____ Jury retires to deliberate   X Jury resumes deliberations

X Finding by Court as follows:
- Dft # 1   X found guilty on counts 2      X found not guilty on counts 1
- Dft # 2   X found guilty on counts 2      X found not guilty on counts 1
- Dft # 3   _____ found guilty on counts    X found not guilty on counts 1 & 2
- Dft # _____ found guilty on counts        _____ found not guilty on counts
- Dft # _____ found guilty on counts        _____ found not guilty on counts

X Jury polled       _____ Polling waived

X Filed Witness & Exhibit lists       X Filed Jury notes       X Filed Jury Instructions       _____ Filed Jury Verdict

X Dft #  1,2  Referred to Probation Office for Investigation & Report and continued to  June 8, 2026, at 11:00 AM  for sentencing.

_____ Dft # _____ remanded to custody.   _____ Remand/Release# _____ issd.   X Dft # 3 released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:                                                          1 : 00

Initials of Deputy Clerk  DTA

X USM  X USPPO