FILED
CLERK, U.S. DISTRICT COURT
2/27/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>CYNTHIA RAYGOZA,<br>  aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>  aka "ice_out_ofla,"<br>  aka "corn_maiden_design," and<br>SANDRA CARMONA SAMAME,<br>  aka "Sandra Karmona,"<br>  aka "Sandra Carolina Carmona Samame,"<br>  aka "Sandra Carmona Samane,"<br><br>     Defendants. | No. 2:25-cr-00780-SVW<br><br>VERDICT FORM<br><br>Trial Date:  February 24, 2026<br>Time:        9:00 a.m.<br>Location:    Courtroom of the<br>             Hon. Stephen V.<br>             Wilson |

**COUNT ONE**

1.  We, the jury, unanimously find the defendant CYNTHIA RAYGOZA (check one):

   _____  GUILTY

   \_✓\_\_\_  NOT GUILTY

of Count One.

2.  We, the jury, unanimously find the defendant ASHLEIGH BROWN (check one):

   _____  GUILTY

   \_✓\_\_\_  NOT GUILTY

of Count One.

3.  We, the jury, unanimously find the defendant SANDRA CARMONA SAMAME (check one):

   _____  GUILTY

   \_✓\_\_\_  NOT GUILTY

of Count One.

*(continue to the next page)*

**COUNT TWO**

4. We, the jury, unanimously find the defendant CYNTHIA RAYGOZA (check one):

  ✓  GUILTY

  ___ NOT GUILTY

of Count Two.

5. We, the jury, unanimously find the defendant ASHLEIGH BROWN (check one):

  ✓  GUILTY

  ___ NOT GUILTY

of Count Two.

6. We, the jury, unanimously find the defendant SANDRA CARMONA SAMAME (check one):

  ___ GUILTY

  ✓  NOT GUILTY

of Count Two.

**(The foreperson should now sign and date this verdict form.)**

DATED: 2-27-26 , 2026, at Los Angeles, California.

[signature redacted]