**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**CYNTHIA RAYGOZA**<br>**Defendant** | **2:25-CR-00780 SVW**<br>~~**[Proposed]**~~<br>**ORDER CONTINUING SENTENCING HEARING** |

**The Court has reviewed and considered the joint "EX PARTE APPLICATION FOR ORDER CONTINUING SENTENCING HEARING by defendants Cynthia Raygoza and Ashleigh Brown.**

**Good cause appearing, the Court grants the Ex Parte Application and orders**

**that the sentencing date of August 17, 2026 is continued to September 28, 2026 at 11:00 a.m. Both defendants are ordered to appear without further notice.**

**Dated: August 7, 2026**

**HON. STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**