TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
Transnational Organized Crime Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8231
Facsimile: (213) 894-0141
E-mail: lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA RAYGOZA, et al.,<br><br>Defendants. | No. 2:25-cr-00780-SVW<br><br>**SUPPLEMENT TO GOVERNMENT'S SENTENCING POSITION FOR DEFENDANTS RAYGOZA AND BROWN RE: ADDITIONAL SUPERVISED RELEASE CONDITION** |

Defendants Cynthia Raygoza and Ashleigh Brown are scheduled to be sentenced in this matter on October 19, 2026. Should the Court impose a custodial sentence and a term of supervised release, the government supplements its sentencing position to request the Court impose the following condition of supervised release in addition to the eight conditions Pretrial Services recommends (see dkt. 228):

1. Defendant shall not loiter and shall stay 100 yards away from any federal building in the Central District of California except to conduct official business. Defendant may participate in permitted

events, marches or demonstrations that move past federal buildings, but may not stop within 100 yards of any federal building.

* * *

The government submits this condition is reasonably related to the nature and circumstance of the offense and history and characteristics of defendants Raygoza and Brown. See 18 U.S.C. § 3583(d). Defendants began stalking the federal officer in this case outside the Roybal federal building and waited for his vehicle to leave so they could follow. The condition is thus necessary to protect law enforcement from future crimes of defendants.

Dated: September 24, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
LAUREN E. BORDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA